GERMAN SMITH, Respondent, v. E. P. BELDEN, Impleaded
with E. LEWIS, Appellant.

Appeal from an order refusing to set aside an inquest taken at
the Westchester Circuit.

A motion was made at the circuit to postpone the trial, which
was refused. The plaintiff, on full notice to the other side, on the
next day after the refusal to postpone, took the inquest. The court
was of opinion that the motion was properly decided on the merits,
and that the object of the defendant was to procure delay.

*H. Brewster*, for the appellant.

*W. H. Townley*, for the respondent.

Opinion by Talcott, J.

Present — Barnard, P. J., and Talcott, J.

Order affirmed, with ten dollars costs.